## Brown *vs.* Mitchell.

*Ejectment.* THE leffor of plaintiff recovered at the laft Dutchefs Circuit on title exifting prior to 1776, and the defendant fet up title derived from the State, under a fale by the Commiffioners of forfeitures, prior to 1782, and under the Act paffed October 22d, 1799, entitled, " An Act for the forfeiture and fale of the eftates " of perfons who have adhered to the enemies of " this State, and for declaring the fovereignty of " the people of this State, in refpect to all property " within the fame."

The *Attorney General* for the defendant, now moved for the appointment of appraifers under the firft fection of the Act paffed May 12th, 1784, entitled, " An Act for the fpeedy fale of the confif- " cated and forfeited eftates within this State, and " for other purpofes therein mentioned," to afcertain what improvements the plaintiff muft pay before he can take poffeffion.

*Evertfon contra.* The Act of 1784 cannot apply to fales made prior to it.

The *Attorney General* in reply, cited the 10th fection of the Act paffed May 1ft, 1786, entitled, " An Act further to amend an Act entitled, An " Act for the fpeedy fale of the confifcated and for- " feited eftates within this State, and for other pur- " pofes therein mentioned."

*Per Curiam.* The Act last cited is retrospective, and affects prior titles, and so Courts have considered them.

Let the defendant take the effect of his motion.

## George *ads*. Benninger.

THE Court in this case determined, that if a notice of argument is given for any day in term, subsequent to the first, the party who would object to it on that account, must appear and state such objection at the time when the motion is brought on; and if he does not, he will be deemed to have waived such objection.

## Drake *vs.* Miller.

A Justice of the peace was brought up on attachment for a contempt in not having made return to a *certiorari* directed to him, and made returnable " *before us.*"

*Per Curiam.* The Act passed the 24th of January 1797, entitled, " An Act concerning the Su-" preme Court," enacts, " That all writs and pro-" cess to be issued from and after the expiration of " October Term in the present year, and returnable " in the Supreme Court, shall be made returnable " before *our Justices of our Supreme Court of judica-* " *ture*," &c. and process made returnable in any